UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SARAH CREBASSA,<br><br>               Plaintiff,<br><br>   v.<br><br>A.C.L.U.,<br><br>               Defendant. | Case No. 2:17-cv-02274-RFB-PAL<br><br>**ORDER** |

      Before the Court for consideration is the Report and Recommendation (ECF No. 7) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered October 17, 2018.

      A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); <u>see also</u> Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by October 31, 2018. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

1     **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 7) is ACCEPTED and ADOPTED in full.

    **IT IS FURTHER ORDERED** Plaintiff Sarah Crebassa's Complaint (ECF No. 6) is DISMISSED without prejudice.

    **IT IS FURTHER ORDERED** that the Clerk of the Court be instructed to close the case and enter judgment accordingly.

    The Clerk of Court is directed to serve a copy of this Order upon Plaintiff.

DATED: November 29, 2018.

                                                **RICHARD F. BOULWARE, II**
                                                **United States District Judge**